ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

      - v. -

MAURICE MCDOWALL,
ANDREA MOORE,
ALEKSANDER LIPKIN, a/k/a "Alex,"
MARINA DUBIN,
KERRI CLARKE, and
MICHAEL IRVING,

      Defendants.

- - - - - - - - - - - - - - - - - x

**UNSEALING ORDER**

07 Cr. 1054

Patterson, l.

    WHEREAS, the above-captioned Indictment was returned on November 19, 2007 and, upon application of the Government, ordered to be filed under seal; and

    WHEREAS the Government has requested that the above-captioned Indictment be unsealed;

    IT IS HEREBY ORDERED, that, the Indictment docketed as 07 Cr. 1054 be unsealed.

Dated: New York, New York
       December 3, 2007

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

FRANK MAAS
United States Magistrate Judge
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 03 2007