IH-14

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
against

_Aleksander Lipkin_

(Alias) _Alex_

Please PRINT Clearly

**07 Cr. 1054-RPP-3**

DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

## NOTICE OF
## APPEARANCE

TO:    **CLERK OF COURT S.D.N.Y.**

SIR:    YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS  (Please check one)

1. [  ] CJA    2. [X] RETAINED    3. [  ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT  [  ] NO    [X] YES - IF YES GIVE YOUR DATE OF
ADMISSION. MO. _12_  YR. _1964_

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

_12/4/07_

SIGNATURE _Murray Richman (RS)_
PRINT THE FOLLOWING INFORMATION CLEARLY

_Alex Lipkin_
Attorney for Defendant

_Law Offices of Murray Richman_
Firm name if any

_2027 Williams Bridge Road_
Street address

_Bronx_     _NY_     _10461_
City        State        Zip

_718-892-8588_
Telephone No

NOTE:  PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186