LAW OFFICES OF
# Murray Richman
2027 Williamsbridge Rd. Bronx, NY 10461
(718) 892-8588 • Fax (718) 518-0674

**MEMO ENDORSED**

OF COUNSEL:
Renée C. Hill, Esq.
Stacey G. Richman, Esq.
Gisele M. Kalonzo, Esq.
Jeffrey P. Chartier, Esq.
Brian T. Pakett, Esq.
Don K. Taylor - Paralegal

RECEIVED JAN 29 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

January 29, 2008

VIA FACSIMILE: (212) 805-7917

Hon. Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/08

Re: **USA v. McDowall et al**
07-cr-01054-RPP

Dear Judge Patterson:

I represent the defendant Aleksander Lipkin in the above referenced matter.

I am respectfully requesting permission on behalf of my client to travel to Nort Port, Florida to visit his Aunt on Friday, February 22, 2008, and returning Tuesday, March 4, 2008.

I have communicated with the Government and they have no objection to this request. If the Court grants permission for this trip, Counsel has no doubt that Mr. Lipkin will comply with all conditions imposed by the Court and Pretrial Services.

If you need details about the trip, please contact our office. Your consideration is appreciated.

Respectfully submitted,

*Murray Richman* CS
MURRAY RICHMAN

MR/cs

cc: AUSA Jonathan B. New
    Fax #: (212) 637-2527

    AUSA Katherine Goldstein
    Fax #: (212) 637-2937

*Application granted*
*So ordered*
*Robert P. Patterson*
*USDJ*
*1/29/08*