USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/08

LAW OFFICES OF
# Murray Richman
2027 Williamsbridge Rd. Bronx, NY 10461
(718) 892-8588 • Fax (718) 518-0674



OF COUNSEL:
Renée C. Hill, Esq.
Stacey G. Richman, Esq.
Gisele M. Kalonzo, Esq.
Jeffrey P. Chartier, Esq.
Brian T. Pakett, Esq.
Don K. Taylor - Paralegal

February 7, 2008

Via Facsimile: (212) 805-7917

The Honorable Robert P. Patterson, Jr.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007



Re: *United States v. McDowall, et. al.*
    07-cr-01054 (RPP)

Dear Judge Patterson:

I represent the defendant Aleksander Lipkin in the aforementioned matter.

I am joining co-counsel's request for an extension of 30 days to March 12, 2008, to submit defense motions. The defense motions are due on Monday, February 11, 2008. We have made no prior request for an extension of time. The defense makes this request because additional time is needed to review discovery.

I have communicated with AUSA Jonathan New and he indicates no objection to this request.

Thank you for your consideration in this matter.

Very truly yours,

MURRAY RICHMAN

Application granted
So ordered
[signature] Robt P Patterson
USDJ
2/8/08

MR/cs

cc: AUSA Jonathan New
    AUSA Katherine Goldstein