**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 3, 2008

**BY FACSIMILE**
Honorable Richard P. Patterson
United States District Court
500 Pearl Street, Room 2550
New York, NY 10007
Fax: (212) 805-7917

**MEMO ENDORSED**

    Re:    United States v. Maurice McDowall, et al.
            07 Cr. 1054 (RPP)

Dear Judge Patterson:

        The Court had previously set a hearing date for Friday, April 4, 2008 at 9:30am for any oral argument on pre-trial motions in the above-captioned matter. In view of the fact that none of the defendants have pending motions, the Government respectfully suggests that tomorrow's hearing date be adjourned, and a pretrial conference for all parties be scheduled. After consultation with Your Honor's deputy, the Government requests that the conference be scheduled for Tuesday, April 8, 2008 at 3:30 p.m.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney
        Southern District of New York

By: Katherine R. Goldstein
Jonathan B. New
Assistant United States Attorneys
(212) 637-1049/2641

*[Handwritten endorsement: Appl[icatio]n Denied. So ordered. Richard P[atterson] USDJ 4/3/08]*

cc: all defense counsel

[USDC stamp: DOCUMENT ELECTR[ONICALLY FILED] DOC #: ___ DATE FILED: 4/4/08]

TOTAL P.002