

LAW OFFICES OF
# Murray Richman
2027 Williamsbridge Rd. Bronx, NY 10461
(718) 892-8588 • Fax (718) 518-0674

OF COUNSEL:
Renée C. Hill, Esq.
Stacey G. Richman, Esq.
Gisele M. Kalonzo, Esq.
Jeffrey P. Chartier, Esq.
Brian T. Pakett, Esq.
Don K. Taylor - Paralegal

April 15, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08

VIA FACSIMILE

The Honorable Robert P. Patterson, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. McDowell, et al*
07-Cr-01054 (RPP)

Dear Judge Patterson:

I represent Aleksander Lipkin in the aforementioned matter.

I am respectfully requesting permission on behalf of my client to travel to Florida to visit his family for the Passover holidays on Friday, April 18, 2008, and returning Sunday, April 27, 2008.

I have left messages for AUSA Jonathan New and AUSA Katherine Goldstein regarding this request, but have not received a return call.

If the Court grants permission for this trip, Counsel has no doubt that Mr. Lipkin will comply with all conditions imposed by the Court and Pretrial Services.

Respectfully submitted,
MURRAY RICHMAN

MR/cs

cc: AUSA Jonathan B. New
Fax #: (212) 637-2527

AUSA Katherine Goldstein
Fax #: (212) 637-2937

*Application granted*
*so ordered.*
USDJ
4/15/08